UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CERIOUS McCRAY et al.,                              :
                                                    :
                Plaintiffs,                   :       12-CV-3950 (CS)
                                                    :
    -against-                                      :       ORDER
                                                    :
COUNTY OF ORANGE et al.,                            :
                                                    :
                Defendants.                   :
------------------------------------------------------------X

Seibel, J.

       Plaintiff's motion to amend the Complaint, (Doc. 48), is DENIED.  But if Plaintiff believes he is possession of facts that, if included in a Third Amended Complaint, would defeat the arguments set forth in Defendants' Motions to Dismiss, (Docs. 40, 44), Plaintiff may request permission to amend as part of his opposition to those motions.  Any such request must relate only to the claims and Defendants in the Second Amended Complaint; in other words, the addition of new claims or Defendants will not be entertained, but if Plaintiff is in possession of additional facts relating to the already-advanced claims or already-named Defendants, he may detail those facts as part of his opposition, and the Court will consider whether to permit amendment.

       Plaintiff's time to respond to the Motions to Dismiss is extended to March 25, 2013, and Defendants' time to reply is extended to April 8, 2013.

       The Clerk is respectfully directed to terminate the pending motion, (Doc. 48).

**SO ORDERED.**

Dated: March 15, 2013
       White Plains, New York

                                  _____
                                  CATHY SEIBEL, U.S.D.J.